In re the Nomination Papers of Jennifer L. MANN as Candidate for State Treasurer of the Commonwealth of Pennsylvania.

Appeal of John M. Mundie and Helene Ratner.

Supreme Court of Pennsylvania.

Submitted on Briefs March 27, 2008.

Decided April 7, 2008.

Lawrence M. Otter, Harrisburg, for Helene Ratner and John Mundie, appellants.

Matthew Todd Croslis, Croslis Law Offices, L.L.C., Karen M. Balaban, for Jennifer L. Mann., appellee.

Louis Lawrence Boyle, Albert H. Masland, PA Dept. of State - Office of Gen. Counsel, for Bureau of Elections.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

### ORDER

PER CURIAM.

AND NOW, this 7th day of April, 2008, the Order of the Commonwealth Court is **AFFIRMED.**